UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TRACY LYNN HARRIS, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | No.: 3:12-cv-321 |
| ) | *Phillips* |
| ) | |
| DAVID OSBORNE, et al., ) | |
| ) | |
|     *Defendants*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, plaintiff's motion for appointment of counsel is **DENIED** and the motion for summary judgment filed by defendants Schofield, Allison, and Hearne is **GRANTED**. All other pending motions are **DENIED** as **MOOT**. In addition, the matter is **DISMISSED WITHOUT PREJUDICE** as to the remaining defendants, and this action is **DISMISSED IN ITS ENTIRETY**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                                       s/ Thomas W. Phillips
                                                        United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT